APPEAL from a judgment of the Superior Court of Los Angeles County and from an order refusing a new trial. W. R. Hervey, Judge.

The facts are similar to those stated in the opinion in *Tedford* v. *Eichler, ante,* p. 214, [121 Pac. 730].

G. L. Whitham, for Appellant.

Gibson, Dunn & Crutcher, Hammack & Hammack, E. T. Sherer, and Joseph Smith, for Respondents.

THE COURT.—The above entitled cause presents the same propositions considered in *Tedford* v. *Eichler* (L. A. No. 2772), *ante,* p. 214, [121 Pac. 730], and was submitted with the last mentioned case for decision. For the reasons there given the judgment and order appealed from are affirmed.

Hearing in Bank denied.

---

[L. A. No. 3009. Department Two.—March 2, 1912.]

MAIME L. EICHLER, as Administratrix with the Will Annexed of the Estate of Emily J. Tedford, Deceased, Respondent, v. SARAH J. TEDFORD, as Executrix of the Estate of Asa C. Tedford, Deceased, Appellant.

Order affirmed on authority of *Tedford* v. *Eichler, ante,* p. 214, [121 Pac. 730].

APPEAL from an order of the Superior Court of Los Angeles County refusing a new trial. Walter Bordwell, Judge.

The facts are similar to those stated in the opinion in *Tedford* v. *Eichler, ante,* p. 214, [121 Pac. 730].

Will D. Gould, and G. L. Whitham, for Appellant.

D. C. Burrey, and Harris & Swanwick, for Respondent.

THE COURT.—The above entitled cause presents the same propositions considered in *Tedford* v. *Eichler,* (L. A. No. 2772), *ante,* p. 214, [121 Pac. 730], and was submitted with the last mentioned case for decision. For the reasons there given the order appealed from is affirmed.

Hearing in Bank denied.

---

[S. F. No. 5772.   Department Two.—May 24, 1912.]

In the Matter of the Estate of CATHERINE STYLES, also known as Catherine McKenna, Deceased.

UNDUE INFLUENCE—SETTING ASIDE ASSIGNMENT OF BANK DEPOSIT.—The judgment herein is reversed on the authority of *McKenna* v. *McKenna, ante,* p. 340, [123 Pac. 532].

APPEAL from a judgment of the Superior Court of the City and County of San Francisco, dismissing a petition for the revocation of the probate of the will of a deceased person, entered upon an order sustaining a demurrer to said petition. J. V. Coffey, Judge.

The facts are similar to those stated in the opinion in *McKenna* v. *McKenna, ante,* p. 340, [123 Pac. 532].

Costello & Costello, and A. W. Brouillet, for Appellants.

Breen & Kelly, for Respondents.

THE COURT.—The questions involved herein being identically the same as those passed upon in the case of *McKenna* v. *McKenna,* (S. F. No. 5770), *ante,* p. 340, [123 Pac. 532], the judgment appealed from herein, is, therefore, reversed, with directions to the trial court to overrule the general demurrer.